JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ISHMAEL GARCIA, | No. CV 08-797-JFW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT HOREL, Warden, | |
| Respondent. | |

Pursuant to the order adopting the findings, conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: May 18, 2011

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE